PAUL M. WARNER, United States Attorney (#3389)
JASON P. PERRY, Special Assistant United States Attorney (#8663)
MICHELE M. CHRISTIANSEN, Assistant United States Attorney (#7259)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **2:01CR0088 K** |
| Plaintiff, | : | I N F O R M A T I O N |
| vs. | : | VIOLATION of 18 U.S.C. § 2422(b) |
| JAMES YOUNG, | : | |
| Defendant. | : | COERCION AND ENTICEMENT FOR ILLEGAL SEXUAL ACTIVITY |

The United States Attorney charges:

COUNT I

On or about November 7, 2000, in the Central Division of the District of Utah,

**JAMES YOUNG,**

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity for which a

person can be charged with a criminal offense, or attempted to so persuade, induce, entice and coerce; all in violation of Title 18, United States Code, Section 2422(b).

PAUL M. WARNER
United States Attorney

*/s/ Michele Christiansen*

JASON P. PERRY
Special Assistant United States

MICHELE M. CHRISTIANSEN
Assistant United States Attorney