USDC UT Approved 06/06/00    Revised 11/03/00

FILED
CLERK, U.S. DISTRICT COURT

-3 AUG 01 AM 10: 21

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

# United States District Court
## District of Utah

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Offenses Committed On or After November 1, 1987) |
| **James Young** | Case Number: **2:01-CR-00088 ST** |
| | Plaintiff Attorney: **Michele Christiansen** |
| | Defendant Attorney: **Wendy Lewis** |
| | Atty: CJA ___ Ret ___ FPD ✖ |

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **10/21/1964**

Defendant's USM No.: **15673-039**

Defendant's Residence Address:
4841 Shane Hill Drive
West Jordan, Utah 84084
Country  USA

**07/31/2001**
Date of Imposition of Sentence

Defendant's Mailing Address:
4841 Shane Hill Drive
West Jordan, Utah 84084
Country  USA

THE DEFENDANT:
☒ pleaded guilty to count(s)  **1 of the Indictment**
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☐ was found guilty on count(s)

COP  **04/30/2001**  Verdict _____

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC § 2422(b) | Coercion and Enticement for Illegal Sexual Activity | 1 |

Entered on ___ket
8/3/01 by:
_____
Deputy Clerk

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of
**4 Months - The Court recommends the dft serve his sentence at the Cornell Correction facility.**

Upon release from confinement, the defendant shall be placed on supervised release for a term of
**36 Months**  .

☐ The defendant is placed on Probation for a period of _____ .
The defendant shall not illegally possess a controlled substance.


27

*For offenses committed on or after September 13, 1994:*
> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. The defendant shall serve 4 months home confinement, as part of his supervised release term.
2. The defendant shall register with the state sex offender registration agency in any state where the dft resides, is employed, carries on a vocation or is a student, as directed by the USPO.
3. The defendant shall participate in a sex offender treatment program, as directed by the USPO.
4. The defendant is restricted from visitation with individuals who are under 18 years of age without adult supervision, as approved by the USPO.

### CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of $ **1,000.00**, payable as follows:

☐ forthwith.

☒ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ other:

---

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☒ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

# RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| **Name and Address of Payee** | **Amount of Loss** | **Amount of Restitution Ordered** |
|---|---|---|
| Totals: | $ | $ |

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☐ Restitution is payable as follows:

  ☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

  ☐ other: _____

☐ The defendant having been convicted of an offense described in 18 U.S.C.§3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
  ☐ An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ **100.00**, payable as follows:
☒ forthwith.
☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

## RECOMMENDATION

☒ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant serve his sentence at the Cornell Correction facility. The dft shall have work release and release to participate in a sex offender program, while residing at the Cornell Correction facility.**

## CUSTODY/SURRENDER

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district at _____ on _____.

☒ The defendant shall report to the institution designated by the Bureau of Prisons by **8:00 a.m.** Institution's local time, on **8/14/2001**.

DATE: 8/2/01

Ted Stewart
United States District Judge

## RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                By _____
                                              Deputy U.S. Marshal

```
                                                          ce
                    United States District Court
                             for the
                          District of Utah
                         August 3, 2001


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:    2:01-cr-00088



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      Michele M. Christiansen, Esq.
      US ATTORNEY'S OFFICE
      ,
      JFAX 9,5245985

      Wendy M. Lewis, Esq.
      UTAH FEDERAL DEFENDER OFFICE
      46 W BROADWAY STE 110
      SALT LAKE CITY, UT  84101
      JFAX 9,5244023

      USMS
      DISTRICT OF UTAH
      ,
      JFAX 9,5244048

      US Probation
      DISTRICT OF UTAH
      ,
      JFAX 9,5261136
```