STEVEN B. KILLPACK, Federal Defender (#1808)
WENDY M. LEWIS, Assistant Federal Defender (#5993)
Utah Federal Defender Office
46 West 300 South, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010

DENIED COPY FOR YOUR INFORMATION
/s/ Stewart 8/13/01

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | MOTION TO RECONSIDER SENTENCE AND TO EXTEND |
| -vs- | : | TIME FOR SELF SURRENDER |
| JAMES YOUNG, | : | Case No. 2:01CR-088ST |
| Defendant. | : | |

The defendant, James Young, by and through his attorney, Wendy M. Lewis, hereby moves this court to reconsider the sentence imposed in this matter at the sentencing hearing on Tuesday, July 31, 2001. At that time the court sentenced Mr. Young to 8 months with 4 of those months to be spent in custody and 4 on home confinement. The court then recommended that the 4 months confinement be spent at the Cornell Correctional Center. Mr. Young requests that the court reconsider this sentence and further requests that the court impose a sentence that consists solely of home confinement. The basis for this motion is that due to Bureau of Prisons Policy, the court's recommendation cannot be adhered to.

It has been determined that pursuant to B.O.P. policy, an individual with a conviction for a sex related offense cannot be placed in a community based institution. Therefore, the only alternative is to place Mr. Young in a secure facility for the four month term of confinement. Further, according



to the information that has been provided through Steven Kelly, that four months would have to be spent in a local jail.

Due to the fact that the court intended Mr. Young to be placed in the halfway house and not in a secure jail, the defendant requests that this court reconsider sentencing him at an offense level of 8 which would allow the court to place him on home confinement for the entire length of his sentence.

Further, the defendant requests that he be given until August 31 to self surrender in order to resolve this issue and to give him additional time to arrange his affairs if he is in fact to spend the four months in jail as opposed to the halfway house.

DATED this 8th day of August, 2001.

WENDY M. LEWIS
Assistant Federal Defender

### CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing was mailed postage prepaid/delivered to all parties named below on this 8 day of August, 2001, to:

Michele M. Christiansen
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, UT 84111

Steven B. Kelly
Senior U.S. Probation Officer
350 South Main Street
Salt Lake City, UT 84101

kam

United States District Court
for the
District of Utah
August 13, 2001


* * CERTIFICATE OF SERVICE OF CLERK * *


Re: 2:01-cr-00088


True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Michele M. Christiansen, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136