STEVEN B. KILLPACK, Federal Defender (#1808)
WENDY M. LEWIS, Assistant Federal Defender (#5993)
Utah Federal Defender Office
46 West 300 South, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010

FILED
14 AUG 01 PM 12:00
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | ORDER TO EXTEND TIME FOR SELF SURRENDER |
| -vs- | : | |
| JAMES YOUNG, | : | Case No. 2:01CR-088ST |
| Defendant. | : | |

Based on motion of the defendant and good cause shown:

It is hereby ORDERED that defendant be granted until August 20, 2001, at 12:00 p.m. to self surrender to the facility designated by Bureau of Prisons for his sentence.

DATED this 13th day of August, 2001.

BY THE COURT:

_____
HONORABLE TED STEWART
United States District Court Judge

31

United States District Court
for the
District of Utah
August 14, 2001

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:01-cr-00088

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

   Michele M. Christiansen, Esq.
   US ATTORNEY'S OFFICE
   ,
   JFAX 9,5245985

   Wendy M. Lewis, Esq.
   UTAH FEDERAL DEFENDER OFFICE
   46 W BROADWAY STE 110
   SALT LAKE CITY, UT  84101
   JFAX 9,5244023

   USMS
   DISTRICT OF UTAH
   ,
   JFAX 9,5244048

   US Probation
   DISTRICT OF UTAH
   ,
   JFAX 9,5261136